Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:15-cv-04435-WHA |
| Plaintiff, | **PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 67.164.100.40, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1.  This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity was known by their internet service provider ("ISP").

2.  On November 8, 2015, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable, to obtain the Defendant's identifying information [CM/ECF 12]. Plaintiff issued the subpoena on or about November 9, 2015, and received the ISP's response on January 6, 2016.

1

Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-04435-WHA

3.     Upon receipt of the Defendant's identifying information, Plaintiff conducted a thorough investigation of the information provided and determined that it would proceed with its claims against the identified subscriber.

4.     Pursuant to the Court's Order dated October 18, 2015, Plaintiff is barred from disclosing Defendant's name in any filing.  As such, Plaintiff filed its Amended Complaint on the docket in redacted form [CM/ECF 16], and is waiting to receive the clerk to issue the summons to serve on Defendant.

5.     Upon receipt of the issued summons, Plaintiff will immediately instruct its process server to begin attempting to serve the Defendant.

6.     Pursuant to Rule 4(m), Plaintiff is required to effectuate service of the summons and Complaint by no later than today, January 25, 2016.

7.     Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on Defendant be extended by an additional forty five (45) days, or until March 10, 2016.

8.     Plaintiff files this Motion to in good faith to enable to proceed with its lawsuit while maintaining compliance with all applicable rules.  This motion is not filed for any improper purposes, such as to delay, and Plaintiff's requested extension will neither prejudice the Court nor the parties.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Doe Defendant with a summons and Complaint be extended be extended until March 10, 2016.  A proposed order is attached for the Court's convenience.

Dated: January 25, 2016.

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

2

Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-04435-WHA