IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.164.100.40,

    Defendant.

No. C 15-04435 WHA

**ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE**

    Plaintiff commenced this action on September 27, 2015. Pursuant to Rule 4(m) the deadline to effectuate service was January 25, 2016. On November 8, an order granted plaintiff's request for leave to file a third-party subpoena on defendant's Internet subscriber, Comcast, in order to obtain defendant's identifying information. Plaintiff received Comcast's response on January 6 and filed a motion to file under seal its an amended complaint, proposed summons, and return of service on January 18. On January 25, plaintiff filed a motion seeking to extend the deadline within which to effectuate service.

    Plaintiff's sealing motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 11** to effectuate service.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE